# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

```
* * * * * * * * * * * * * * * * * * * *
CHRISTOPHER GROMALA,           *        No. 19-1247V
                               *
        Petitioner,            *
                               *
                               *        Special Master Christian J. Moran
v.                             *
                               *        Filed: August 27, 2024
SECRETARY OF HEALTH            *
AND HUMAN SERVICES,            *
                               *
        Respondent.            *
* * * * * * * * * * * * * * * * * * * *
```

<u>Peter M. Young</u>, Habush, Habush & Rottier, S.C., Wausau, WI, for petitioner;
<u>Alexis B. Babcock</u>, United States Dep't of Justice, Washington, D.C., for
respondent.

## UNPUBLISHED DECISION AWARDING
## ATTORNEYS' FEES AND COSTS[1]

Pursuant to 42 U.S.C. § 300aa-15(e), petitioner has requested a total of
$45,900.08 in attorneys' fees and costs. The undersigned tentatively found that
petitioner requested a reasonable amount and was entitled to the full amount
requested. The undersigned allowed respondent an opportunity to comment.
Respondent did not interpose any objections within the time permitted.

Petitioner's attorney, attorney staff, and expert have requested hourly rates
that are consistent with the rates previously awarded. The number of hours is
reasonable. Thus, the amount requested is reasonable.

---

[1] The E-Government, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion
of Electronic Government Services). Pursuant to Vaccine Rule 18(b), the parties have 14 days to
file a motion proposing redaction of medical information or other information described in 42
U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the
document posted on the website.

Petitioner is awarded $45,900.08.  This amount shall be made payable as a lump sum in the form of a check jointly payable to petitioner and petitioner's counsel, Peter M. Young.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.[2]

**IT IS SO ORDERED**.

s/Christian J. Moran
Christian J. Moran
Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties may expedite entry of judgment by filing a joint notice renouncing their right to seek review.